```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 25490
   WILLIAM C RADMER
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-5278


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/25/2008 and was not confirmed.

     The case was dismissed without confirmation 01/07/2009.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------------

MIDLAND MORTGAGE CO      CURRENT MORTG          .00           .00             .00
MIDLAND MORTGAGE CO      MORTGAGE ARRE          .00           .00             .00
TRAILS ASSOCIATION INC   MORTGAGE ARRE      2420.00           .00             .00
IL STATE DISBURSEMENT UN NOTICE ONLY      NOT FILED           .00             .00
CHILD SUPPORT ENFORCEMEN NOTICE ONLY      NOT FILED           .00             .00
DCSE/MRU                 NOTICE ONLY      NOT FILED           .00             .00
NATALIE RADMER           NOTICE ONLY      NOT FILED           .00             .00
ILLINOIS DEPT OF REVENUE PRIORITY         NOT FILED           .00             .00
ADT SECURITY             UNSECURED        NOT FILED           .00             .00
ALLIED WASTE SERVICES #7 UNSECURED        NOT FILED           .00             .00
ALLIED WASTE SERVICES #7 UNSECURED        NOT FILED           .00             .00
AT & T BANKRUPCTY        UNSECURED        NOT FILED           .00             .00
AT & T BANKRUPCTY        UNSECURED        NOT FILED           .00             .00
BAE SYSTEMS              UNSECURED              .00           .00             .00
BANK OF AMERICA          UNSECURED        NOT FILED           .00             .00
CARY G SCHIFF & ASSOC    NOTICE ONLY      NOT FILED           .00             .00
DISH NETWORK             UNSECURED        NOT FILED           .00             .00
COMMONWEALTH EDISON      UNSECURED          672.83            .00             .00
DIRECTV                  UNSECURED        NOT FILED           .00             .00
EYE SAFETY SYSTEMS       UNSECURED        NOT FILED           .00             .00
GOOD SHEPARD HOSPITAL    UNSECURED        NOT FILED           .00             .00
MATT MARSHALL            NOTICE ONLY      NOT FILED           .00             .00
MR ALAN S KAUFMAN        NOTICE ONLY      NOT FILED           .00             .00
MR MICHAEL OCHOA         NOTICE ONLY      NOT FILED           .00             .00
MR MICHAEL SHIFFMAN      UNSECURED        NOT FILED           .00             .00
THE TRAILS ASSOC         NOTICE ONLY      NOT FILED           .00             .00
NICOR GAS                NOTICE ONLY      NOT FILED           .00             .00
NICOR GAS                UNSECURED        NOT FILED           .00             .00
NICOR GAS                UNSECURED        NOT FILED           .00             .00
SUBURBAN EAR NOSE & THRO UNSECURED        NOT FILED           .00             .00
VERIZON WIRELESS         UNSECURED        NOT FILED           .00             .00
VIP VI LLC               UNSECURED        NOT FILED           .00             .00
VIP VI LLC               UNSECURED        NOT FILED           .00             .00
VIP VI LLC               UNSECURED        NOT FILED           .00             .00
VIP VI LLC               NOTICE ONLY      NOT FILED           .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 25490 WILLIAM C RADMER
```

```
NATALIE RADMER            NOTICE ONLY    NOT FILED                .00            .00
GREGORY J MARTUCCI        DEBTOR ATTY    1,000.00                                .00
TOM VAUGHN                TRUSTEE                                                .00
DEBTOR REFUND             REFUND                                                 .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                             RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                          .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                             ---------------   ---------------
TOTALS                           .00               .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 03/05/09               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                            PAGE   2
          CASE NO. 08 B 25490 WILLIAM C RADMER